NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RANDY E. STODGEL,                            )
                                              )
            Appellant,                       )
                                              )
v.                                            )        Case No. 2D17-4747
                                              )
STATE OF FLORIDA,                            )
                                              )
            Appellee.                        )
_____)

Opinion filed August 15, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Collier County; Frederick R. Hardt,
Judge.

Randy E. Stodgel, pro se.


PER CURIAM.


            Affirmed.


CASANUEVA, KELLY, and SLEET, JJ., Concur.